AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:21-mj-00532 |
| MCKINLEY MOODY | ) Assigned To : Faruqui, Zia M. |
| | ) Assign. Date : 10/14/2021 |
| | ) Description: Complaint w/Arrest Warrant |
| *Defendant(s)* | ) |

## AMENDED CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of   July 16, 2021   in the county of _____ in the _____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with the Intent to Distribute Marijuana |
| 18 U.S.C. 924(c) | Possession of Firearms in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Joshua B. Rothman, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: October 14, 2021

*Judge's signature*

City and state:   Washington, DC       Zia M. Faruqui, United States Magistrate Judge
*Printed name and title*