UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Case No. 22-cr-39 (ABJ) |
| | : | |
| MCKINLEY MOODY, | : | |
| also known as "Mook," | : | |
| | : | |
| Defendant. | : | |

FILED

JUN 10 2022

Clerk, U.S. District and
Bankruptcy Courts

## STATEMENT OF OFFENSE IN SUPPORT OF GUILTY PLEA

I. **Summary of the Plea Agreement**

Defendant McKinley Moody agrees to admit guilt and enter a plea of guilty to Count One of the Superseding Information charging him with Conspiracy to Distribute, and Possess with the Intent to Distribute, a Mixture and Substance Containing a Detectable Amount of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846,

II. **Elements of the Offenses**

The essential elements of the offense of Conspiracy to Distribute, and Possess with the Intent to Distribute, a Mixture and Substance Containing a detectable amount of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846, each of which the government must prove beyond a reasonable doubt, are:

1. Two or more persons agreed to violate the federal drug laws;
2. The defendant knew the essential objective of the conspiracy;
3. The defendant knowingly and voluntarily involved himself in the conspiracy ; and
4. The overall scope of the conspiracy involved a detectable amount of Marijuana, a Schedule I controlled substance.

1

MM 5-20-2022

### III.  Penalties for the Offenses

The penalty for Conspiracy to Distribute, and Possess with the Intent to Distribute, a Mixture and Substance Containing a Detectable Amount of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846, is as follows:

1. A term of imprisonment of not more than 5 years ;
2. a fine not to exceed $250,000;
3. a term of supervised release of not less than two (2) years; and
4. a special assessment of $100.

The United States Sentencing Guideline § 5E1.2 permits the Court to impose an additional fine to pay the costs of for imprisonment and any term of supervised release and/or probation.

### IV.  Brief Statement of the Facts

Had this case gone to trial, the government's evidence would prove the following beyond a reasonable doubt:

> Beginning in or about June 2020, and continuing until in or about July 2021, Defendant operated an illegal marijuana distribution business which, among other things, included the transportation of bulk quantities of marijuana from California to the District of Columbia for sale to marijuana dealers operating in the District of Columbia, the District of Maryland, and the Eastern District of Virginia.
>
> To facilitate his illegal marijuana distribution business, Defendant would use his Instagram page "Red Leaf Exotic Designs" to advertise that he was transporting marijuana from California to the District of Columbia. After having advertised his travel plans, Defendant would solicit and/or receive orders from drug dealers wishing to purchase marijuana when he was in the area.
>
> Upon arriving in the District of Columbia, Defendant would rent housing – either a hotel, Airbnb, or apartment and use that housing as a temporary headquarters for his drug distribution business. The marijuana would be transported from California to Defendant's temporary residence by truck, van, or airplane and, once it arrived, Defendant would transport marijuana to different dealers in, among other vehicles, a Mercedes Benz Sprinter van.

MM
5-20-2022

Defendant admits that, during the course of the conspiracy, Defendant admits that he possessed a dangerous weapon – specifically the Glock handgun and unserialized AR-Pistol seized on July 16, 2021.

This proffer of evidence is not intended to constitute a complete statement of all facts known by the parties, but is a minimum statement of facts intended to provide the necessary factual predicate for the guilty plea. The limited purpose of this proffer is to demonstrate that there exists a sufficient legal basis for the defendant's plea of guilty to the charged crime. This Statement of the Offense fairly and accurately summarizes and describes some of the defendant's actions and involvement in the offense to which he is pleading guilty.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By: */s/ James B. Nelson*
JAMES B. NELSON
D.C. Bar No. 1613700
Assistant United States Attorney
Federal Major Crimes Section
601 D. Street NW, Room 5-1306
Washington, D.C. 20004
(202) 252-6986
james.nelson@usdoj.gov

MM
5-20-2022

## DEFENDANT'S ACKNOWLEDGMENT

I have read the Statement of Offense setting forth the facts related to my guilty plea to Conspiracy to Distribute, and Possess with the Intent to Distribute a Mixture and Substance Containing a Detectable Amount of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846; I have discussed this proffer fully with my attorney, Nathan I. Silver, Esq. I fully understand this proffer and I acknowledge its truthfulness, agree to it and accept it without reservation. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this proffer fully.

Date: 5-20-2022

McKinley Moody

## ATTORNEY'S ACKNOWLEDGMENT

I have read each of the pages constituting the government's proffer of evidence related to my client's guilty plea to Conspiracy to Distribute, and Possess with the Intent to Distribute, a Mixture and Substance Containing a Detectable Amount of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 846. I have reviewed the entire proffer with my client and have discussed it with him fully. I concur in my client's agreement with and acceptance of this proffer.

Date: 5/20/2022

Nathan I. Silver, Esq.
Counsel for McKinley Moody